# AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Philip Riehl, a Special Agent with Homeland Security Investigations, being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I make this affidavit in support of an arrest warrant for DOUGLAS MITCHELL for violating 18 U.S.C. §§ 2251(a), (e), (production and attempted production of child pornography).

2. I am a federal law enforcement officer of the Unites States, as defined by Title 18, United States Code, Section 2510(7), and am authorized to conduct investigations of, and execute warrants for violations of United States law. I have executed and assisted with the execution of numerous search and arrest warrants during my tenure as a law enforcement official.

3. I am a Special Agent ("SA") with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), assigned to the Special Agent in Charge in Philadelphia, Pennsylvania and I have been so employed since October 2025. Prior to that, I was a Deputy United States Marshal assigned to Washington D.C. from 2020 until 2025. Prior to my tenure with the United States Marshals Service ("USMS"), I was a Philadelphia Police officer from 2017 until 2020. In my law enforcement career, I have made arrests for hundreds of violations of the law including, but not limited to, sexual exploitation of children, murder, rape, robbery, firearm and narcotics violations. As an investigator, I have been the lead case agent on approximately 70 fugitive investigations during my tenure with the USMS. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography/child sexual abuse material ("CSAM"), including violations pertaining to, among other offenses, the illegal

production, advertisement, transportation, distribution, receipt, possession of, and accessing with intent to view child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also been the affiant on several federal arrest and search warrants and participated in the execution of several search warrants, those of which involved child exploitation and/or child pornography offenses. I have completed and received training at the Federal Law Enforcement Training Center. Among having attended and completed numerous trainings and certifications as a Special Agent, I have attended training related to the field of child sexual abuse and cyber-crime, to include the use of the Internet by sexual offenders to produce, distribute, receive, advertise, seduce, entice, and gain physical access to children for the purposes of sexual exploitation.

4. The facts and statements in this affidavit are based in part on information provided by other law enforcement officers and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that DOUGLAS MITCHELL has violated 18 U.S.C. §§ 2251(a), (e), (production and attempted production of child pornography).

## II. <u>PROBABLE CAUSE</u>

5. On July 7, 2026, agents with HSI Wilmington, North Carolina requested to speak with a child exploitation agent who covered Delaware County, Pennsylvania. I contacted SA Penniman of HSI Wilmington and received the following information:

a. On July 3, 2026, the New Hanover County North Carolina Sheriff's

Department was contacted in reference to a child exploitation case where a nine-year-old minor female was communicating with an adult male she met on the TikTok social media application. The conversations with the adult male and the nine-year-old female, whose identity is known to me but omitted from this affidavit, hereinafter identified as "Minor 1," then proceeded to text messages and Facetime conversations on her Apple I-Pad.

b. The New Hanover County Sheriff's Department and HSI Wilmington preliminarily identified a suspect in the investigation based off the phone number of 835-222-XXXX used to contact Minor 1. SA Penniman told me that the suspect's name was DOUGLAS BERNARD MITCHELL, and that he is a registered sex offender according to his public Pennsylvania Megan's Law Offender Profile. I was also informed that MITCHELL resides on Baily Road in Yeadon, Pennsylvania.[1]

6. On July 7, 2026, I also received the initial police report from the New Hanover County Sheriff's Department through SA Penniman via email that stated the following information:

> On 07/03/2026 at approximately 1630 hours, I, Deputy J.M. Hardin, received a call for service at 2401 Briar Cliff Circle, apartment 208, regarding a juvenile receiving nude photos from a grown man via text message. I spoke with [Minor 1's mother] over the phone, and she said her daughter, (Minor 1), was staying at her aunt`s house, [Minor 1's aunt]. [Minor 1's mother] said [Minor 1's aunt] was reviewing (Minor 1's) iPad messages and discovered that she was texting a man named Douglas Mitchell. Upon looking through the text thread, [Minor 1's aunt] saw a thumbnail of a video which depicted a vagina. I asked [Minor 1's mother] if [Minor 1's aunt] had seen any other pictures or videos, and she said no. I told [Minor 1's mother] we would need to meet with her to confirm if there was Child Sex Abuse Material on the iPad. At 1700, Deputy Mabe and I met with [Minor 1's mother], [Minor 1's aunt], and Minor 1 at the residence. [Minor 1's mother] gave verbal consent for us to view the text thread, and I made the following observations. Scrolling through the thread, the individual speaking, identified as Douglas Mitchell, said multiple vulgar remarks, asking to see nude photos of (Minor 1). I observed the thumbnail of the vagina and a photo of buttocks; both

[1] The full phone number and address are known to law enforcement but omitted here.

> were confirmed to be (Minor 1). Douglas Mitchell also sent multiple pictures and videos of his penis to (Minor 1). Through various public searches and searches through law enforcement databases, a Douglas Mitchell located in Pennsylvania was confirmed to be a registered sex offender. A photo of Douglas Mitchell was shown to (Minor 1) and her mother, and they both confirmed it was the individual (Minor 1) had been speaking to. (Minor 1) said this was the person she was speaking to via FaceTime. (Minor 1) was asked where she met and began speaking to Douglas, and she said the following. Douglas Mitchell had sent her a private message on TikTok, and then she sent him her phone number, at which point the photos were sent to him. She said she had been speaking to Douglas Mitchell for about a couple of weeks. (Minor 1) said she had also invited a friend, (Minor 2), to speak with Douglas Mitchell. (Minor 1) said that at some point she had blocked Douglas Mitchell on all platforms, but (Minor 2) invited her to a three-way FaceTime call, and contact with Douglas Mitchell was reestablished. Multiple avenues were pursued to locate an address for (Minor 2), but the investigation yielded no results. Detectives responded to the residence to seize the iPad. I have nothing further to report.

7. I then reviewed several videos of Body Worn Camera (BWC) footage from the New Hanover County Sheriff's office from the initial reporting incident and subsequent interviews of Minor 1, her mother, and her aunt. Outside of the initial police report, I made the following observations after reviewing the BWC:

a. Minor 1 stated that the man who she communicated with via TikTok, iMessage and Facetime is named "Doug."

b. Minor 1's aunt informed the police the police that the TikTok account MITCHELL was using to communicate with Minor 1 had a username of "Douglasmitchell427."

c. A female police officer interviewed Minor 1. Minor 1 informed the police officer that she texted a video of her "private part" which she referred to as a "flower" to the phone number associated with MITCHELL (835-222-xxxx). Minor 1 also informed the female police officer that "Doug" sent videos of his "private part" to her (it is inaudible on the BWC when Minor 1 is describing the private part).

8. Through investigation, HSI determined that the phone number 835-2222-xxxx is a T-Mobile phone number subscribed to MITCHELL at his billing address on Bailey Road, Lansdowne, PA (Landsdowne and Yeadon are neighboring boroughs and MITCHELL appears to use them interchangeably for mail purposes).[2]

9. On July 9, 2026, Pennsylvania State Police Troopers conducted a Megan's Law compliance check for MITCHELL at his address on Baily Road in Yeadon, PA and made contact with MITCHELL. The interaction was video-recorded. Based on the video, MITCHELL requires the aid of a walker to navigate throughout his day. MITCHELL resides with his aunt and his cousin. MITCHELL stated that he does not drive or work and just collects disability benefits. MITCHELL stated that his only phone number is 835-222-xxxx (which was the number used to contact Minor 1).

10. On July 8, 2026, Minor 1 was forensically interviewed at the Carousel Child Advocacy Center located in Wilmington, NC by Forensic Interviewer (FI) Gina Solari. Based on SA Penniman's reporting and prior to the beginning of the interview, Minor 1's aunt informed SA Penniman that she noticed Minor 1's frequent I-Pad use and that piqued her interest. When Minor 1's aunt viewed Minor 1's I-Pad, she observed inappropriate messages and images/videos. She stated one of the messages she observed stated, "Let me "F" you tonight." The video she observed was of her niece, Minor 1's "private." According to Minor 1's aunt, the inappropriate content was

---

[2]MITCHELL is a Tier 3 Pennsylvania State Police Megan's sex offender and is a lifetime registrant as a requirement of his conditions. MITCHELL was convicted in 2016 in Philadelphia, Pennsylvania of 18 Pa Cons. Stat. §§ 3126A7 (Indecent Assault – Complainant less than 13 years of age) and 6301A1II (Corruption of minors in relation to Chapter 31). MITCHELL was sentenced 11.5 to 23 months followed by 5 years of probation for these offenses. The child victim in this case was a 10-year-old boy.

between Minor 1 and whom she believed to be an adult male. Minor 1's aunt provided the telephone number of the offender to SA Penniman, which she reported as 835-222-xxxx. Minor 1's aunt described the next steps she and her family took attempting to identify the offender. She stated she and her husband used the telephone number and searched for it through True People, Been Verified, and CashApp. She stated that through their search, they revealed that the telephone number belonged to MITCHELL. With the name they obtained, she then searched for the name through Megan's Law and discovered that MITCHELL is a registered sex offender. An image of MITCHELL was attached to his sex offender information sheet. Minor 1's aunt copied that image and showed the image to Minor 1, who confirmed that MITCHELL was the same man she had been talking to. Minor 1's aunt stated that she then contacted Minor 1's mother and law enforcement.

11. Minor 1 stated that she remembers the username associated with MITCHELL who she refers to as "Doug" as something to the effect of "the king." Minor 1 stated that "Doug" stated something about his "private part" and that made her feel disgusted. Minor 1 stated that she told "Doug" she was 9 years old and his response was, "stop playing." Minor 1 stated that "Doug" provided his phone number to her on TikTok. Minor 1 stated that "Doug" would Facetime her and Minor 2[3] and exposed his "private part" to them in Facetime conversations. Minor 1 stated that she talked to "Doug" more than once via Facetime. Minor 1 described "Doug" as a black male, bald with a grey beard and glasses. Minor 1 also indicated that he has "ashy" feet and that she and Minor 2 stated that he needed to use lotion. Minor 1 stated that when she would Facetime with "Doug" she would initially see his face and then he would flip the camera around and show his

---

[3] Minor 2 is known to the government as a classmate of Minor 1

"private part." Minor 1 also stated that "Doug" would tell her to put her camera on. Minor 1 stated that she would also receive text messages from "Doug" and that they were inappropriate. Minor 1 described a video sent from "Doug" where he sent a picture of his "private part." She stated within the video she could see a television, a cane and a mirror.

12. Minor 1 stated that she sent a picture of her "private part" to "Doug" after he requested she send it. She described her "private part" as what she uses to "pee." Minor 1 stated that she was in her bedroom when she took the video of her "private part." Minor 1 also stated that she sent a picture of her buttocks to "Doug." Minor 1 was again shown a single photo of MITCHELL taken from his Megan's Law offender page and she stated, "That's Doug." Minor 1 also stated that "Doug" told her he was a police officer. Minor 1 indicated that she told Doug she was 9 years old on several occasions, but he did not care. Minor 1 stated that Minor 2 told her she also sent nude images of herself to "Doug." She also stated that Minor 2 informed her "Doug" told her he was 60 years old.

13. During a subsequent medical evaluation, Minor 1 provided consistent details about the incidents pertaining to "Doug." In addition, she was able to describe that during a video "Doug" showed her his "private part" and that she observed that he was touching his "private part" with his hands. Minor 1 again reported that she was asked over and over by "Doug" to send him images and videos. Minor 1 said "Doug" told her and Minor 2 that if sent him the nude images or videos, he would stop asking.

14. On July 13, 2026, I received a thumb drive containing the Cellebrite download of Minor 1's iPad used to communicate with MITCHELL.

15. I reviewed the entirety of the messages exchanged between Minor 1 and the phone

number associated with MITCHELL of 835-222-xxxx.

16. The text conversations began on June 15, 2026, at approximately 3:43 p.m. Below is an excerpt from the initial conversation:

a. Minor 1: He [sic]

MITCHELL: Hey

Minor 1: I'm the girl from TikTok

Minor 1: Are you going or not

Minor 1: Are you gonna show me?

MITCHELL: Yes

Minor 1: I'm with my family right now so just send me a picture

MITCHELL: Call me when you are alone baby

17. On June 17, 2026, at approximately 4:23 a.m. the conversation continues as follows:

a. Minor 1: I my [sic] 9 years old

Minor 1: You are 60 years old

18. On June 18, 2026, from 5:29 a.m. to 5:34 a.m. the conversation begins to intensify sexually. A portion of the conversation is below:

a. Minor 1: Show me the dick but don't join the group chat show me a video

Minor 1: Daddy

Minor 1: Ok

MITCHELL: Will you show me some thing

Minor 1: Yes like what

MITCHELL: Pussy

Minor 1: Yeah, I'll show it to you but you gotta show me the whole dick

MITCHELL: Ok

Minor 1: A video

Minor 1: Go first

19. On June 18, 2026, at approximately 5:34 a.m., MITCHELL sent a video depicting a black male laying on a bed with his face not visible. Visible in the room is a mirror, a television and a walker. The male is wearing white socks and has blue underwear on. The male then removes his penis from his underwear and begins to masturbate while coughing and wheezing. The video is 52 seconds in length.

20. The walker seen in the video appears to be the same as the one filmed by the Pennsylvania state police during the Megan's Law compliance check with MITCHELL. Additionally, Minor 1 described the video in her forensic interview as a male laying on the bed with his penis visible and stated that she observed a television, a "cane" and a mirror in the room.

21. On June 18, 2026, at 5:35 a.m., Minor 1 responded to the video sent by 835-222-xxxx, stating, "It's big." The conversation then continues with explicit sexual dialogue from 5:37 a.m. to 5:55 a.m. A portion of the conversation is below:

a. MITCHELL: Show me that pussy I make it nut for you

Minor 1: Ok daddy

Minor 1: Show me the nut first

Minor 1: Video

MITCHELL: I have to see the pussy to nut baby

Minor 1: Ok

MITCHELL: You like that big fat dick. Baby

22. At this portion of the conversation, Minor 1 then sends a 10 second sexually explicit video of a pre-pubescent black minor female wearing a multicolored pink and blue dress or t-shirt. The minor appears to have pigtails and is nude from the waist down. The minor is holding a portable digital recording device while spreading her vagina and zooming in on it.

23. The conversation then continues after the sexually explicit video is sent by Minor 1:

Minor 1: U see it

MITCHELL: Yes

Minor 1: Ok nut it

MITCHELL: Suck it kiss you you fuck you

MITCHELL: Make you feel good

Minor 1: Ok

Minor 1: Nut it video

24. At this point, MITCHELL sends a photo a black male wearing blue underwear laying on a bed with his socks on with his penis hanging out of his underwear. This appears to be the same clothing and room depicted in the first video of the black male masturbating. Minor 1 then responds to this video at 5:47 a.m., stating "You didn't just send me a video…No, all you didn't. Send a picture."

25. MITCHELL then responds to this message with a 1 minute and 34 second video of a black male in blue underwear laying on a bed in the same room set up as previously described masturbating. The male is consistently coughing and wheezing while masturbating and appears to

mumble to himself about “pussy.” MITCHELL then said “Send me some titties in the pics and asss Bay.”

26. Minor 1 then sends a picture of a black female with grey sweatpants halfway pulled down arching her back with her buttocks exposed. The female appears to be arching onto a bed with that is lined with a “Hello Kitty” sheet or comforter. The female’s face is not exposed in the picture.

27. On June 18, 2026 at 6:15 a.m., 835-222-xxxx sends a message that states, “This big what’s that type pussy? Let me know. Let me.nut in you.” Minor 1 responded with an audio message that partially states: “First of all, you dumb bitch. Get the fuck off my mother fucking iPad you ugly bitch. I just told your dumbass motherfucking I’m nine…just fuck it. Oh I had to fuck…Are you a motherfucking police officer? Are you being a fucking pedophile you dumb bitch get the motherfucking ass off my motherfucking shit before I get my dad on your ass and leave me the fuck alone…like I’m fucking nine years old and you’re a fucking police officer.”

28. On June 18, 2026, at 6:32 a.m., MITCHELL sent a one minute and ten second video of a black male wearing laying down on a bed in blue underwear masturbating. The male is still in the same room. In this video the black male appears to ejaculate while masturbating. The male is wheezing throughout the video. MITCHELL sent an immediate follow up text after the video stating, “You’re hot I know that pussy is good and wet.”

29. On June 26, 2026, at approximately 4:26 a.m., 835-222-xxxx attempts to get Minor 1 to send another video of “pussy” and Minor 1 vehemently objects to this request. A sample of the conversation is below:

MITCHELL: You know what I want to see

Minor 1: If it's pussy no

MITCHELL: I will send you a video of dick

Minor 1: No, I'm nine years old. I keep on saying no (no stated approximately 15 times)

30. On June 28, 2026, at approximately 6:13 p.m., MITCHELL stated "Let me guck [sic] you tonight." Minor 1 responds, "No bitch." On the same date, MITCHELL stated, "Yes I'm going to take that pussy." Minor 1 again responds "No bitch."

31. On July 20, 2026, I received a total of seven cyber tips from the National Center for Missing and Exploited Children (NCMEC) relating to social media accounts associated with MITCHELL from March of 2024 until July of 2026. The content included in several of the cyber tips included social media accounts associated with MITCHELL actively enticing apparent minors to engage in sexual activity and the social media accounts of MITCHELL sending self-generated photographs of an adult male penis. Some of the documented Cyber Tips are summarized as follows:

a. On July 5, 2026, a Cyber Tip was generated by NCMEC through Dropbox, Inc. for apparent child pornography. The email address associated with the Dropbox account was dougmtch445@gmail.com and the username for the Dropbox account was Douglas Mitchell. I viewed the contents of the video uploaded to the Dropbox account and observed a 7 min and 46 second video that depicts a prepubescent minor female in a mask that partially covers her face performing oral sex on an adult male penis until the male in the video ejaculates on her chest and face.

b. On March 19, 2025, a Cyber Tip was generated by NCMEC through

Snapchat,. for apparent online enticement of a minor. The Snapchat identified for the suspect in the Cyber Tip is douglasmitche24 and the email associated with the Snapchat account is dougmtch445@gmail.com. The cyber tip includes chat conversations where the suspect account tells the self-identified 13-year-old minor victim, "I want to fuck you good." The contents of the Cyber Tip also contained an image of an adult male lying on a bed exposing his penis while wearing blue underwear.

b. On October 17, 2025, a Cyber Tip was generated by NCMEC through Instagram,. for apparent unsolicited obscene material sent to a child. The incident occurred in June of 2025. The Instagram account of the suspect was mitch.st4232 and the associated phone number with the account is 835-222-xxxx. The minor in the complaint self-identified as 16 years old. In the contents of the messages of the account associated with MITCHELL sends a selfie photo of a face depicting MITCHELL and also sends a self-generated photograph of an adult male penis exposed out of khaki colored shorts while lying on a bed with grey sheets

32. On June 20, 2026, the Honorable Carol Sandra Moore Wells approved a search warrant for MITCHELL's residence. On July 21, 2026, at approximately 6:05 a.m., HSI agents executed the search warrant at MITCHELL's residence on Bailey Road, Yeadon, Pennsylvania. While making entry into the residence, agents observed MITCHELL inside the property and escorted him outside of the residence where he was searched for contraband related to the scope of the search warrant.

33. At approximately 6:24 a.m., SA Marchesani and I interviewed MITCHELL.SA Marchesani informed MITCHELL that he was free to leave during the interview and not under

arrest. MITCHELL stated that his phone number is 835-222-xxxx, and the provider is T-Mobile. MITCHELL stated he previously had a phone number of 267-504-xxxx.. Mitchell stated that his email address is dougmtch445@gmail.com. MITCHELL stated that the home internet provider at is also T-Mobile.

34. MITCHELL admitted that he had numerous social media accounts and acknowledged he previously possessed the following accounts: douglasmitchell427 (Tik Tok), with the username of "The Evil King" and douglasmitchell39 (TikTok), mitch.st4232 (Instagram), Douglas Mitchell (Drop Box). He stated that he had a variety of usernames on Snapchat but did not recall the username of douglasmitche24. MITCHELL stated that he is the only person who possessed and accessed all the phone numbers and social media accounts associated with him. MITCHELL acknowledged that he has spoken to Minor 1 on Facetime and that he has her contact information his phone.

## IV. CONCLUSION

35. Based on the foregoing, I respectfully submit that there is probable cause to believe a violation of 18 U.S.C. §§ 2251(a), (e), (production and attempted production of child pornography), has been committed by MITCHELL. Therefore, I respectfully request that the attached warrant be issued authorizing the arrest of MITCHELL.

/s/ Philip Riehl
Philip Riehl
Special Agent
Homeland Security Investigations

Sworn and subscribed before me by
telephone July 21, 2026

Carol Sandra Moore Wells 2026.07.21 16:02:21 -04'00' 2026.001.21691

HON. CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

Count One –Production and attempted production of child pornography, 18 U.S.C. § 2251(a), (e)

On or about June 18, 2026, in the Eastern District of Pennsylvania and elsewhere, defendant DOUGLAS MITCHELL employed and used Minor #1, a person under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, that is, by having Minor #1 photograph and video record herself engaged in sexually explicit conduct, and defendant DOUGLAS MITCHELL knew and had reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, and such visual depiction was actually transported and transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, that is, the Internet.