**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. ____________________** |
| **v.** | : | **DATE FILED:** |
| **DOUGLAS MITCHELL** | : | **VIOLATION:** |
| | | **18 U.S.C. § 2251(a), (e) (manufacture and** |
| | : | **attempted manufacture of child** |
| | | **pornography – 1 count)** |
| | : | **18 U.S.C. § 2252(a)(2), (b)(1) (receipt of** |
| | | **child pornography – 1 count)** |
| | : | **Notice of forfeiture** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about June 18, 2026, in the Eastern District of Pennsylvania, and elsewhere, defendant

**DOUGLAS MITCHELL,**

after having been previously convicted in the Philadelphia County Court of Common Pleas of a crime relating to sexual abuse involving a minor, employed and used Minor #1, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, that is, by soliciting Minor #1 to photograph and video record herself engaged in sexually explicit conduct and transmit the images to him, and defendant MITCHELL knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce, that is, the Internet.

In violation of Title 18, United States Code, Sections 2251(a), (e)

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 10, 2026, in Yeadon, in the Eastern District of Pennsylvania, defendant

**DOUGLAS MITCHELL,**

after having been previously convicted in the Philadelphia County Court of Common Pleas of a crime relating to sexual abuse involving a minor, knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

**NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2251(a) and 2252(a)(2), as set forth in this indictment, defendant

**DOUGLAS MITCHELL**

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or derive from any proceeds obtained directly or indirectly from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations, including, but not limited to:

(i) one blue Apple iPhone, Model 14, bearing serial number XDYQ6W7VVH.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253, to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL:**

[redacted]

Christine E. Sykes for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

DOUGLAS MITCHELL

INDICTMENT

18 U.S.C. § 2251(a), (e) (Manufacture and Attempted Manufacture of Child Pornography – 1 count)
18 U.S.C. § 2252(a)(2) (Receipt of Child Pornography – 1 count)

[redacted]